AO 458 (Rev. 06/09) Appearance of Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 20 2025

NATHAN OCHSNER
CLERK OF COURT

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

~~Consolidated~~ United States
_Plaintiff_

v.

Nora Alicia Avila Guer(
_Defendant_

Case No. 25 MJ 144-02

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nora Alicia Avila Guer

Date: 2/20/25

J. M
_Attorney's signature_

Jaime Diez
_Printed name and bar number_

P.O. Box 3070 Brow TX 78523
_Address_

JaimeDiez1@gmail.com
_E-mail address_

(956) 544-3065
_Telephone number_

_FAX number_